# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JENNIFER ROUSE o/b/o M.M.G., | NO. C11-5717-RSL |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1) The Report and Recommendation is ADOPTED and APPROVED;

(2) Plaintiff's motion for Equal Access to Justice Act Fees is DENIED;

(3) The Clerk of the Court is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 6th day of September, 2013.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1